# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2414
LT Case No. 16-2002-CF-002543-BXXX-MA

_____

MICHAEL DREW,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Michael Drew, Raiford, pro se.

No Appearance for Appellee.

November 10, 2025


PER CURIAM.

    AFFIRMED.

HARRIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____